**Opinion filed July 11, 2019**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-19-00003-CV

_____

## IN THE INTEREST OF A.L.H., A CHILD

**On Appeal from the County Court at Law**
**Brown County, Texas**
**Trial Court Cause No. CV1411455**

## M E M O R A N D U M   O P I N I O N

In this appeal from an order affecting the parent–child relationship,[1] two notices of appeal were filed: one by A.S. and one by the cross-appellant, J.R.H., II. Attorney Shane Britton represents Cross-Appellant in this appeal. Cross-Appellant's brief was originally due to be filed in this court on or before May 3, 2019. On May 9, 2019, this court notified Britton by letter that his brief was past due, and on this court's own motion, we extended the deadline to May 20, 2019. In the May 9 letter, the clerk of this court informed Britton that compliance with this

---

[1]We note that the trial court's order does not involve the termination of parental rights.

court's deadlines is a serious matter. When Britton failed to respond to this court's letter and failed to file a brief by May 20, this court again wrote Britton, extended the due date to June 7, and informed Britton that the failure to file a brief by the deadline may result in dismissal of Cross-Appellant's appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). On June 13, after again receiving no brief or any other response from Britton, this court directed Britton to either (1) file a brief by 5:00 p.m. on July 2, 2019, or (2) appear in person in the courtroom of the Eleventh Court of Appeals on July 3, 2019, at 10:30 a.m. to explain the delay in the preparation of Cross-Appellant's brief. Britton failed to comply with this court's directive.

A hearing was conducted in this court on July 3, 2019, at 10:30 a.m., in Britton's absence. During the hearing, the court noted Britton's absence, his failure to file a brief, and this court's prerogative under Rule 38.8(a)(1) of the Texas Rules of Appellate Procedure. That rule provides: "If an appellant fails to timely file a brief, the appellate court may . . . dismiss the appeal for want of prosecution, unless the appellant reasonably explains the failure . . . ." TEX. R. APP. P. 38.8(a)(1). In open court, the Eleventh Court of Appeals announced its ruling that the cross-appeal filed by J.R.H., II shall be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Accordingly, we dismiss this appeal in part. The cross-appeal filed by J.R.H., II is dismissed for want of prosecution. The appeal remains active with respect to the notice of appeal filed by Appellant A.S.

July 11, 2019                                                        PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[2]
(Willson, J., not participating.)

---

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.